

**FILED**

DEC 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BILLINGSLEY
(Name of Plaintiff)

SOLANO COUNTY JAIL FACILITY
(Address of Plaintiff)
500 Union Ave. Fairfield CA 94533

2:08-cv-2919 EFB (PC)
(Case Number)

vs.                                          COMPLAINT

DORA RIOS (CONFLICT DEFENDER SOLANO COUNTY OFFICE)

(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:  ☐ Yes  ☑ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

<u>FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>          Rev'd 5/99

9

2. Court (if Federal Court, give name of District; if State Court, give name of County)
   N/A

3. Docket Number   N/A

4. Name of judge to whom case was assigned   N/A

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   ~~[illegible]~~

6. Approximate date of filing lawsuit   ~~[illegible]~~

7. Approximate date of disposition (~~[illegible]~~)

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☐ Yes   ☑ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                      ☐ Yes   ☑ No
   If your answer is no, explain why not  BECAUSE  THERE  IS  NO
   GRIEVANCE  AT  THE  CONFLICT  DEFENDERS  OFFICE.

   C. Is the grievance process completed?   ☐ Yes   ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant  DORA  RIOS  is employed as  CONFLICT DEFENDER  at  THE CONFLICT DEFENDERS OFFICE / 321 TUOLUMNE ST VALLEJO CA, 94590

   B. Additional defendants _____

4

2. Court (if Federal Court, give name of District; if State Court, give name of County)
   N/A

3. Docket Number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?  ☐ Yes  ☒ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ☐ Yes  ☒ No
      If your answer is no, explain why not  BECAUSE THERE IS NO GRIEVANCE AT THE CONFLICT DEFENDERS OFFICE

   C. Is the grievance process completed?  ☐ Yes  ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant  DORA RIOS  is employed as  CONFLICT DEFENDER  at  THE CONFLICT DEFENDERS OFFICE/321 Tuolumne, ST VALLEJO, CA, 94590

   B. Additional defendants _____

10

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

INEFFECTIVE COUNSEL, MALPRACTIVE, PROFESSIONAL NEGLIGENCE, BREACH OF FAITH. MORAL AND ETHIC (TURPIDUTE) BASICALLY COUNSEL VIOLATED my "6 AMENDMENT" BY NOT DOING A JOB CORRECTLY CURRENTLY SHE FAILED TO CALL KEY WITNESS.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WOULD LIKE PROPER REPRESENTATION. THE BASIC TOTALITY OF CIRCUMSTANCES REGARDING EFFECTIVE COUNSEL AND SURROUNDING CIRCUMSTANCES.

Signed this 25TH day of NOVEMBER, 20 08.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11·25·08
(Date)

_____
(Signature of Plaintiff)

11