# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL ANTHONY BILLINGSLEY,**

CASE NO: **2:08–CV–02919–EFB**

v.

**DORA RIOS,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

> **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 8/4/09**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **August 4, 2009**

by:  /s/  K. Yin
Deputy Clerk